# IN THE UNITED STATES DISTRICT COURT
### For The
### EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No 6:25-mj-00003-HBK |
| | ) | |
| Plaintiff, | ) | **DEFENDANT'S STATUS REPORT ON** |
| v. | ) | **UNSUPERVISED PROBATION** |
| | ) | |
| KEVIN P ALDANA | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

PURSUANT to an order of this Court the Defendant hereby submits its status report on unsupervised probation:

| | |
|---|---|
| **Convicted of:** | 36 C.F.R. § 4.2(b) incorporating CVC § 14601.1(a) |
| **Sentence Date:** | May 16, 2025 |
| **Review Hearing Date:** | March 10, 2026 |
| **Probation Expires On:** | November 16, 2026 |

## CONDITIONS OF UNSUPERVISED PROBATION:

☒ **Obey all federal, state and local laws**; and

☒ **Monetary Fines & Penalties in Total Amount of:** $510.00 which Total Amount is made up of a Fine: $ 500.00 Special Assessment: $ 10.00 Processing Fee: $ Choose an item. Restitution: $

☐ Payment schedule of $     per month by the      of each month.

☒ **Community Service hours Imposed of:** 40 hours within the first 12 months of probation.

☒ **Other Conditions:** The defendant shall regain his driver's license.

## DEFENSE POSITION:

☒ To date, Defendant has paid a total of $ 510.00
    ☐ If not paid in full when was last time payment:   Date: Click here to enter a date.
                                      Amount: $

☐ To date, Defendant has performed Click here to enter text. hours of community service.

☒ Compliance with Other Conditions of Probation: Mr. Aldana has fully regained his driver's license. Although his community service hours are not yet due, he continues working to identify organizations near him in light of a recent move.

## GOVERNMENT POSITION:

☒ The Government agrees to the above-described compliance.

☐ Defendant has complied with and completed <u>all</u> conditions of probation described-above.

☐ Defendant has not been arrested, cited or charged with any federal, state or local criminal offenses since being placed on probation by this Court.

If so, describe arrest/charge/citation (location, court, date & offense): Click here to enter text.

☐ The Government disagrees with the following area(s) of compliance:

Government Attorney:  Briana Vollmer, Rule 180

### *DEFENDANT'S REQUEST (OPTIONAL):*

In light of the information detailed in this status report, the defendant moves for the following:

☒ that the review hearing set for 3/10/2026 at 10 am

 ☒ allow for Mr. Aldana to appear remotely.

 ☐ be vacated.

☐ that Defendant's unsupervised probation be terminated, and that the case be closed.

DATED:  3/3/2026

*/s/ Lisa Ndembu Lumeya*
DEFENDANT'S COUNSEL

# O R D E R

The Court having considered the defendant's request,

**IT IS HEREBY ORDERED** that the Defendant's request is:

☒ GRANTED.  The Court orders that Defendant may appear by remote means for his Review Hearing  scheduled for March 10, 2026 at 10:00 a.m.

☐ DENIED.

Dated:   March 3, 2026

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE