**IN THE UNITED STATES DISTRICT COURT**
**For The**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>v.<br><br>KEVIN ALDANA<br><br>Defendant. | Case No. 6:25-mj-00003-HBK<br><br>**DEFENDANT'S STATUS REPORT ON UNSUPERVISED PROBATION** |

PURSUANT to an order of this Court the Defendant hereby submits its status report on unsupervised probation:

| | |
|---|---|
| **Convicted of:** | 36 C.F.R. § 4.2(b) incorporating CVC § 14601.1(a) |
| **Sentence Date:** | May 16, 2025 |
| **Review Hearing Date:** | September 8, 2026 |
| **Probation Expires On:** | November 16, 2026 |

***CONDITIONS OF UNSUPERVISED PROBATION:***

☒ **Obey all federal, state and local laws**; and

☒ **Monetary Fines & Penalties in Total Amount of:** $510.00 which Total Amount is made up of a Fine: $ 500.00 Special Assessment: $ 10.00 Processing Fee: $ Choose an item. Restitution: $

☐ Payment schedule of $ per month by the of each month.

☒ **Community Service hours Imposed of:** 40 hours

☒ **Other Conditions:** Mr. Aldana shall regain his driver's license.

***DEFENSE POSITION:***

☒ To date, Defendant has paid a total of $ 510.00
☐ If not paid in full when was last time payment: Date: Click here to enter a date.
Amount: $

☒ To date, Defendant has performed 40 hours of community service.

☒ Compliance with Other Conditions of Probation: Mr. Aldana has fully regained his driver's license and provided proof to the government.

***GOVERNMENT POSITION:***

☐ The Government agrees to the above-described compliance.

☐ Defendant has complied with and completed <u>all</u> conditions of probation described-above.

☐ Defendant has not been arrested, cited or charged with any federal, state or local criminal offenses since being placed on probation by this Court.

If so, describe arrest/charge/citation (location, court, date & offense):

☒ The Government disagrees with the following area(s) of compliance: Mr. Aldana was cited operating a motor vehicle without a license, without insurance and without registration on May 17, 2026. The Government opposes continuing the September 8, 2026, review hearing.

Government Attorney: Briana Vollmer (Rule 180)

***DEFENDANT'S REQUEST (OPTIONAL):***

In light of the information detailed in this status report, the defendant moves for the following:

☒ that the review hearing set for 9/8/2026 at 10:00 a.m.

☒ allow for Mr. Aldana to appear remotely as previously granted, *see* ECF No. 22.

DATED: 8/27/2026

*/s/ Lisa Ndembu Lumeya*
DEFENDANT'S COUNSEL

**O R D E R**

The Court having considered the defendant's request,

**IT IS HEREBY ORDERED** that the Defendant's request is:

☐ GRANTED. The Court orders that Choose an item.

☒ DENIED.

Dated: September 2, 2026

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE